HEATHER E. WILLIAMS, #122664
Federal Defender
TIMOTHY ZINDEL, #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax 916-498-5710
timothy_zindel@fd.org
916-498-5700/Fax 916-498-5710

Attorney for Defendant
KULWANT SINGH SANDHU

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:13-CR-0348 LKK |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER RE RETURN OF PASSPORT** |
| KULWANT SINGH SANDHU, | |
| Defendant. | Judge: Hon. Carolyn K. Delaney |

It is hereby stipulated and agreed between defendant, Kulwant Singh Sandhu, and plaintiff, United States of America, that the Clerk of the Court may release Mr. Sandhu's passport to the Office of the Federal Defender so that it may be returned to Mr. Sandhu.

/ / / / /

/ / / / /

/ / / / /

/ / / / /

/ / / / /

/ / / / /

The parties have entered a 12-month deferred prosecution agreement with diversion to be overseen by Pretrial Services. Mr. Sandhu will seek employment that may require him to travel outside the United States and will need his passport in order to do so. Pretrial Services recommended counsel submit a stipulation and order directing the Clerk to return the passport.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Dated: December 10, 2013  /s/ T. Zindel_____
TIMOTHY ZINDEL
Assistant Federal Defender
Attorney for KULWANT SINGH SANDHU

BENJAMIN WAGNER
United States Attorney

Dated: December 10, 2013  /s/ T. Zindel for N. Desai _____
NIRAV DESAI
Assistant U.S. Attorney

**O R D E R**

The Clerk of the Court shall release Mr. Sandhu's passport to the Office of the Federal Defender so that it may be returned to Mr. Sandhu.

IT IS SO ORDERED.

Dated: December 11, 2013

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE